| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 5/17/07  10:00:32-10:05:10 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>5/17/07 | NEW CASE ☐ | CASE NUMBER<br>4-07-70280-WDB |

### APPEARANCES

| DEFENDANT<br>JOSE ALFREDO GARCIA-SANCHEZ | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>John Paul Reichmuth | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Bryan Whittaker | INTERPRETER<br>No Spanish Int. was avaiable | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Silvio Lugo | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 5 Mins HELD | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVALHRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS<br>5/17/07 | ☒ ADVISED OF CHARGES<br>5/17/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAY 17 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>5/18/07 | ☒ APPOINT I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT STATUS RE: | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Spanish Int. Coordinator was not able to provide a Spanish Int. for the deft. due to short notice.  The deft. said he needs an assistance of a Spanish Int. and the Court told the deft. that a Spanish Int. will be made avail. to him at the next hrg.  AFPD J.P. Reichmuth will provide the deft. with the fin. affidavit form and assist him in filling it out.  The govt's atty. provided the Court with a copy of the detainer that was lodged on the deft. by ICE (Immigration and Customs Enforcement).
cc: WDB's Stats

| To: (Name and title of Institution) | From: (INS office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS<br>UNITED STATES MARSHALS SERVICE<br>CITY/COUNTY JAIL, CALIFORNIA DEPT. OF CORRECTIONS,<br>OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | DHS / ICE<br><s>U.S. DEPARTMENT OF JUSTICE</s><br><s>IMMIGRATION & NATURALIZATION SERVICE</s><br>INVESTIGATIONS<br>630 SANSOME STREET<br>SAN FRANCISCO, CA 94111 |

| Name of Alien (INS): GARCIA-Sanchez, Jose Alfredo | Name of Alien (Institution): Same | | |
|---|---|---|---|
| Date of Birth: 10/28/74 | Nationality: Mex. | Offense (NCIC): | File No: A75 118 875 |
| CII: N/A | BOP No: N/A | Date Sentenced: | Date Detainer Filed: 5/17/2007 |
| FBI: N/A | Booking No: N/A | Sentence Length: | Interview Date: 5/11/2007 |
| Institution No: | Sex: X Male ☐ Female | Ag Felony: X Yes ☐ No<br>☐ DO ☐ DR ☐ OT | ERD: |

You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
 (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
 (Date)
☐ Deportation or removal from the United States has been ordered.

RECEIVED MAY 17 2007 WAYNE D. BRAZIL U.S. MAGISTRATE JUDGE NORTHERN DISTRICT OF CALIFORNIA

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the INS official named below at (415) 844-5347 during normal business hours.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS (Detention Branch) by calling (415) 844-5549 during business hours or by fax at (415) 844-5563.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
  ☐ A self-addressed stamped envelope is enclosed for your convenience.
  ☐ Please return a signed copy via facsimile to (415) 844-5346.
    Return fax to the attention of   person named below
                                    (Name of INS officer handling case)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

for SA Scott Steward
_____        Special Agent
(Signature of INS official)    (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____ Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form SFR/I-247 (Rev. 6-1-99)N